✎JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

# Criminal Case Cover Sheet        U.S. District Court - District of Massachusetts

**Place of Offense:** Braintree, Stoneham, etc.   **Category No.** II   **Investigating Agency** FBI

**City** Braintree / Stoneham

**County** Norfolk / Middlesex

**Related Case Information:**
Superseding Ind./ Inf.  NA    Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number  26-mj-6166-MPK
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☐ No

Defendant Name: Lestter Guerrero    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: _____

Address: _____

Birth date (Yr only): 1997   SSN (last 4#): _____   Sex: M   Race: _____   Nationality: Venezuela

**Defense Counsel if known:** _____   **Address:** _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Kaitlin J. Brown    Bar Number if applicable: 694636

Interpreter: ☑ Yes  ☐ No    List language and/or dialect: _____

Victims: ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

Matter to be SEALED: ☐ Yes  ☑ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** In ICE custody, Stafford Cty. DOC

**Arrest Date:** February 7, 2026

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**  ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 2/25/2026    Signature of AUSA: *Kaitlin J. Brown*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  Lestter Guerrero

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Commit Bank Theft | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**